IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CASE NO. 1:07-CV-406

| | |
|---|---|
| AmSol, LLC, f/k/a Anesthesia Management Solutions, LLC, a North Carolina limited liability company; American Integrated Management, LLC, a North Carolina limited liability company; and AmSol of Elkin, NC, LLC, a North Carolina limited liability company, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| Joseph Maggioncalda; Joseph A. Maggioncalda, M.D., P.C., Coastal Anesthesia Medical Group, LLC, a South Carolina limited liability company; Kenneth S. Houghton, Jr.; and AmSol Physicians of Elkin, NC, PLLC, a North Carolina limited liability company, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

Defendants Joseph Maggioncalda, Joseph A. Maggioncalda, M.D, P.C., Coastal Anesthesia Medical Group, LLC, and Kenneth S. Houghton, Jr., have moved the Court, pursuant to Rule 20(a) of the Federal Rules of Civil Procedure, for joinder of James W. Cottrell and Richard Snow as parties in this action.

WHEREFORE, for good cause shown,

**IT IS HEREBY ORDERED** that Defendants Joseph Maggioncalda, Joseph A. Maggioncalda, M.D, P.C., Coastal Anesthesia Medical Group, LLC, and Kenneth S. Houghton, Jr.'s Motion for Joinder (docket no. 16) is granted, and James W. Cottrell and Richard Snow are hereby joined as parties to this action.

This the 25th day of July, 2007.

*/s/ Russell A. Eliason*
United States Magistrate Judge
United States District Court
Middle District of North Carolina